UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY HANSON,<br><br>    Plaintiff<br><br>v.<br><br>ALLEGIS GROUP INC.<br><br>    Defendant | Civil Action No. 1:17-cv-10907-NMG |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Allegis Group, Inc. ("Defendant" or "Allegis") hereby moves the Court for an Order dismissing Plaintiff Timothy Hanson's ("Plaintiff" or "Hanson") Complaint on the grounds that it (1) fails to satisfy the pleading requirements of Fed. R. Civ. P. 8 and 10, and (2) fails to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). In support of this Motion, Allegis relies on its Memorandum of Law, submitted herewith.

WHEREFORE, Defendant respectfully requests that the Court grant this Motion entering an Order for dismissal of Plaintiff's Complaint with prejudice and grant such other relief as the Court deems just and proper.

*Motion allowed.* /s/ NMGorton, USDJ 9/8/17